ALLEN v. FOOD LION, INC.

No. 616P94

Case below: 117 N.C.App. 289

Motion by both parties to withdraw petition for discretionary review allowed 9 February 1995.

BALDRIDGE v. EMERY AIR FREIGHT

No. 554P94

Case below: 116 N.C.App. 490

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995. Motion by plaintiff to convert petition for discretionary review to petition for writ of certiorari dismissed 9 February 1995.

BOOMER v. CARAWAY

No. 596PA94

Case below: 116 N.C.App. 723

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995.

BROMHAL v. STOTT

No. 520A94

Case below: 116 N.C.App. 250

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 9 February 1995.

BROOKWOOD UNIT OWNERSHIP ASSN. v. DELON

No. 51P95

Case below: 9315DC870 3 January 1995

Petition by defendant for temporary stay allowed 27 January 1995.